What We Are Doing                                        Benefits

## CLASSIFIEDS | ADVERTISE

View Classifieds

Place a Classified Ad

Advertise With Us

---

## WISCONSIN LAW FOUNDATION

Donate

Apply for Grants

Awards and Scholarships

For Fellows

## HELP FOR THE PUBLIC

Lawyer Referral and Information Service

Common Legal Questions

Resources for the Public

## LEGAL REPORTS AND HISTORY

Legal Reports

→ Reports

→ Resarch & Reports

Legal History

---

Advertise With Us        Legal        Privacy

©2023 State Bar of Wisconsin. All rights reserved.

Live 2

Case 2:23-cv-01697   Filed 12/19/23   Page 1 of 65   Document 1-5

 **STATE BAR** OF WISCONSIN

Log In here                    

Search the site

## Financial (Payroll, Client Payments, Financial Planning)







<span style="color:red">**Exhibit 78**</span>





ABOUT US

# MEMBERSHIP

Member Benefits

myStateBar

FAQs

E-lists

Admission to Practice

Certificates of Good Standing

CLASSIFIEDS / SERVICES

Place a Classified Ad

Career Opportunities

For Sale or Rent

Member Discounts

Professional Services & Experts

Court Reporters

Attorney Referrals

ADVERTISE WITH US



Follow us:

HELP FOR MEMBERS                           YOUR MEMBERSHIP

Ethics Hotline                             FAQs
WisLAP                                     Your Benefits
Practice411                                Maintaining Your Membership
Mentoring Program

CONNECT WITH US

Customer Service
Social Media
Staff Directory
Find Us

Case 2:23-cv-01697   Filed 12/19/23   Page 4 of 65   Document 1-5

## AUDIENCES

For New Lawyers
For Public
For Law Students
For Paralegals
For Media
For Educators

## DIRECTORIES

Lawyer Search
Court Directory
Circuit Court Rules
Lawyer-to-Lawyer Directory
State Bar Leadership
Professional Services & Experts
Law-Related Organizations and Agencies

## GET INVOLVED

Advocate
Volunteer
→ Pro Bono
→ Write/Speak
→ Leadership and Committees
→ ABA Delegates
Join LRIS Panel
Sections/Divisions
Committees

## DIVERSITY & INCLUSION

Diversity Clerkship Program
Diversity and Inclusion Oversight Committee
What We Are Doing

## WORK FOR US

Open Positions
Application Process
Benefits

## CLASSIFIEDS | ADVERTISE

View Classifieds
Place a Classified Ad
Advertise With Us

## WISCONSIN LAW FOUNDATION

Donate
Apply for Grants
Awards and Scholarships
For Fellows

## HELP FOR THE PUBLIC

Lawyer Referral and Information Service
Common Legal Questions
Resources for the Public

## LEGAL REPORTS AND HISTORY

Legal Reports
→ Reports
→ Resarch & Reports

Case 2:23-cv-01697   Filed 12/19/23   Page 5 of 65   Document 1-5

Legal History

Advertise With Us    Legal    Privacy

©2023 State Bar of Wisconsin. All rights reserved.

Live 1

 **STATE BAR** OF WISCONSIN          Log In here                    

Search the site

# Computers & Technology Discounts



**COMPUTERS & TECHNOLOGY**

Exclusive offer for State Bar of Wisconsin members: Receive 10% Discount on IT Services and discounted rates on hardware and software products.

**LEARN MORE**



**HP Computers**

Get savings of up to 35% and free shipping. NPP HP even offers personalized assistance to help find the perfect PC or other HP home and office products. Enroll today!

**LEARN MORE**



**DELL MEMBER BENEFITS PROGRAM**

**SAVE UP TO 40%**

Receive up to 40% off the everyday price of small business products, electronics, and accessories

**LEARN MORE**



**LENOVO SAVINGS PROGRAM**

Save up to 30% on the web price of PC products and tech accessories

**LEARN MORE**

<span style="color:red">Exhibit 79</span>



**SECURE DIGITAL NOTARIZATION**

Simplify digital notarization. Members receive 10% off the session fee or 50% off one-time onboarding set-up fee.

LEARN MORE



**CYBERSECURITY SUITE**

Cybersecurity solutions for solo, small and midsize firms.

LEARN MORE



**ENCRYPTED EMAIL**

Ensures total security and control over your sensitive email communications, both outbound and recipients' responses.

LEARN MORE

ABOUT US

# MEMBERSHIP

Member Benefits

myStateBar

FAQs

E-lists

Admission to Practice

Certificates of Good Standing

CLASSIFIEDS / SERVICES

Place a Classified Ad

Career Opportunities

For Sale or Rent

Member Discounts

Professional Services & Experts

Court Reporters

Attorney Referrals

ADVERTISE WITH US



Follow us:

HELP FOR MEMBERS

Ethics Hotline

WisLAP

Practice411

Mentoring Program

YOUR MEMBERSHIP

FAQs

Your Benefits

Maintaining Your Membership

Case 2:23-cv-01697   Filed 12/19/23   Page 9 of 65   Document 1-5

## CONNECT WITH US

Customer Service

Social Media

Staff Directory

Find Us

---

## AUDIENCES

For New Lawyers

For Public

For Law Students

For Paralegals

For Media

For Educators

## DIRECTORIES

Lawyer Search

Court Directory

Circuit Court Rules

Lawyer-to-Lawyer Directory

State Bar Leadership

Professional Services & Experts

Law-Related Organizations and Agencies

## GET INVOLVED

Advocate

Volunteer

→ Pro Bono

→ Write/Speak

→ Leadership and Committees

→ ABA Delegates

Join LRIS Panel

Sections/Divisions

Committees

---

## DIVERSITY & INCLUSION

Diversity Clerkship Program

Diversity and Inclusion Oversight Committee

What We Are Doing

## WORK FOR US

Open Positions

Application Process

Benefits

## CLASSIFIEDS | ADVERTISE

View Classifieds

Place a Classified Ad

Advertise With Us

---

## WISCONSIN LAW FOUNDATION

Donate

## HELP FOR THE PUBLIC

Lawyer Referral and Information Service

Case 2:23-cv-01697   Filed 12/19/23   Page 10 of 65   Document 1-5

Membership & Benefits

Apply for Grants
Awards and Scholarships
For Fellows

Common Legal Questions
Resources for the Public

## LEGAL REPORTS AND HISTORY

Legal Reports
→ Reports
→ Resarch & Reports
Legal History

Advertise With Us      Legal      Privacy

©2023 State Bar of Wisconsin. All rights reserved.

Live 1

 STATE BAR OF WISCONSIN

Log In here  

Search the site

## Office Discounts



### SECURE DIGITAL NOTARIZATION

eNotaryLog

Simplify digital notarization. Members receive 10% off the session fee or 50% off one-time onboarding set-up fee.

**LEARN MORE**



**NEW!** LEXBLOG

LexBlog

Want to blog but don't want to handle the design or technical support? Professional blogging made easy, with discounts for State Bar members.

**LEARN MORE**



### VERIZON BUSINESS DISCOUNT

verizon✓

Enroll with NPP and eligible members can save 22% on Verizon corporate plan monthly access fees, and up to 35% off smartphones, tablets and accessories.

**LEARN MORE**



### OFFICE DEPOT PARTNER PROGRAM

Office DEPOT

Substantial discounts on thousands of office products online or in store

**LEARN MORE**

Exhibit 80







ABOUT US

MEMBERSHIP

Member Benefits

myStateBar

FAQs

E-lists

Admission to Practice

Certificates of Good Standing

CLASSIFIEDS / SERVICES

Place a Classified Ad

Career Opportunities

For Sale or Rent

Member Discounts

Professional Services & Experts

Court Reporters

Attorney Referrals

ADVERTISE WITH US



Follow us:

## HELP FOR MEMBERS

Ethics Hotline

WisLAP

Practice411

Mentoring Program

## YOUR MEMBERSHIP

FAQs

Your Benefits

Maintaining Your Membership

## CONNECT WITH US

Customer Service

Social Media

Staff Directory

Find Us

## AUDIENCES

For New Lawyers

For Public

For Law Students

For Paralegals

For Media

For Educators

## DIRECTORIES

Lawyer Search

Court Directory

Circuit Court Rules

Lawyer-to-Lawyer Directory

State Bar Leadership

Professional Services & Experts

Law-Related Organizations and Agencies

## GET INVOLVED

Advocate

Volunteer

→ Pro Bono

→ Write/Speak

→ Leadership and Committees

→ ABA Delegates

Join LRIS Panel

Sections/Divisions

Committees

## DIVERSITY & INCLUSION

Diversity Clerkship Program

## WORK FOR US

Open Positions

Diversity and Inclusion Oversight Committee

What We Are Doing

Application Process

Benefits

## CLASSIFIEDS | ADVERTISE

View Classifieds

Place a Classified Ad

Advertise With Us

## WISCONSIN LAW FOUNDATION

Donate

Apply for Grants

Awards and Scholarships

For Fellows

## HELP FOR THE PUBLIC

Lawyer Referral and Information Service

Common Legal Questions

Resources for the Public

## LEGAL REPORTS AND HISTORY

Legal Reports

→ Reports

→ Resarch & Reports

Legal History

Advertise With Us        Legal        Privacy

©2023 State Bar of Wisconsin. All rights reserved.

Live 1

Case 2:23-cv-01697   Filed 12/19/23   Page 16 of 65   Document 1-5

 **STATE BAR** OF WISCONSIN

Log In here 

Search the site 

## Travel and Vacation Discounts



**TRAVEL AND ENTERTAINMENT DISCOUNTS**

Special discounts on hotels, car rentals, and entertainment tickets including parks, movies, sports and more!

LEARN MORE



**AVIS CAR RENTAL DISCOUNTS**

Get special discounts on business or personal car rentals through Avis.

LEARN MORE



**BUDGET CAR RENTAL DISCOUNTS**

Get special discounts on business or personal car rentals through Budget.

LEARN MORE



**TRAVEL PROGRAMS AND PLANNING**

Specially-priced travel programs for members, families, and friends to destinations around the world

LEARN MORE

Exhibit 81

ABOUT US

# MEMBERSHIP

Member Benefits

myStateBar

FAQs

E-lists

Admission to Practice

Certificates of Good Standing

### CLASSIFIEDS / SERVICES

Place a Classified Ad

Career Opportunities

For Sale or Rent

Member Discounts

Professional Services & Experts

Court Reporters

Attorney Referrals

ADVERTISE WITH US



Follow us:

HELP FOR MEMBERS

Ethics Hotline
WisLAP
Practice411
Mentoring Program

YOUR MEMBERSHIP

FAQs
Your Benefits
Maintaining Your Membership

CONNECT WITH US

Customer Service
Social Media
Staff Directory
Find Us

AUDIENCES

For New Lawyers
For Public
For Law Students
For Paralegals
For Media
For Educators

DIRECTORIES

Lawyer Search
Court Directory
Circuit Court Rules
Lawyer-to-Lawyer Directory
State Bar Leadership
Professional Services & Experts
Law-Related Organizations and Agencies

GET INVOLVED

Advocate
Volunteer
→ Pro Bono
→ Write/Speak
→ Leadership and Committees
→ ABA Delegates
Join LRIS Panel
Sections/Divisions
Committees

DIVERSITY & INCLUSION

Diversity Clerkship Program

WORK FOR US

Open Positions

Case 2:23-cv-01697   Filed 12/19/23   Page 19 of 65   Document 1-5

Diversity and Inclusion Oversight Committee                    Application Process

What We Are Doing                                              Benefits


## CLASSIFIEDS | ADVERTISE

View Classifieds

Place a Classified Ad

Advertise With Us


## WISCONSIN LAW FOUNDATION

Donate

Apply for Grants

Awards and Scholarships

For Fellows


## HELP FOR THE PUBLIC

Lawyer Referral and Information Service

Common Legal Questions

Resources for the Public


## LEGAL REPORTS AND HISTORY

Legal Reports

→ Reports

→ Resarch & Reports

Legal History


Advertise With Us        Legal        Privacy

©2023 State Bar of Wisconsin. All rights reserved.

Live 1

Case 2:23-cv-01697   Filed 12/19/23   Page 20 of 65   Document 1-5

The Wayback Machine - https://web.archive.org/web/20231213055618/https://marketplace.wisbar.org/Practice-Management/Marketing-Resou...

# Marketing Resources

To successfully market your firm's legal services, you don't need to be louder than the media distractions bombarding potential clients ... just smarter. Get these low-cost resources on your website or in the hands of potential clients to highlight your firm as *the* source to turn to when they have a legal problem.

**Narrow Your Results**

Clear All

| Product Line | + |
| Practice Area | + |
| Format | + |
| **Tags** | − |

☑ Marketing Resource (5)

| Ratings | + |

Sort By: Release Dat ▾      Items Per Page: ▾           ‹ | 1 | ›    5 results



**A Gift to Your Family - Illinois Edition**
☆☆☆☆☆ Member/Non-Member
Booklet                $4 / $5

**A Gift to Your Family - Minnesota Edition**
☆☆☆☆☆ Member/Non-Member
Booklet                $4 / $5

**Handbook for Personal Representatives**
☆☆☆☆☆ Member/Non-Member
Booklet            $3 / $4
Booklet - 25 Pack   $60 / $80

**Understanding Guardianships: A Handbook for Guardians**
☆☆☆☆☆ Member/Non-Member
Booklet            $4 / $5
Booklet - 25 Pack   $80 / $100

View Details     View Details     View Details     View Details



**A Gift to Your Family - Wisconsin Edition**
★★★★★ Member/Non-Member
Booklet                $4 / $5

View Details

‹ | 1 | ›

<span style="color:red">Exhibit 82</span>

<span style="color:blue">Case 2:23-cv-01697   Filed 12/19/23   Page 21 of 65   Document 1-5</span>

Case 2:23-cv-01697   Filed 12/19/23   Page 22 of 65   Document 1-5

Case 2:23-cv-01697   Filed 12/19/23   Page 23 of 65   Document 1-5



Exhibit 83

The Wayback Machine - https://web.archive.org/web/20231213060221/https://www.wisbar.org/NewsPublications/InsideTrack/Pages/Article.aspx?Volum…



Log In here





Search the site

DECEMBER
2023
VOLUME
15
NUMBER
22

# InsideTrack

Exhibit 84

DECEMBER 06, 2023

## Get Your Name Out There: Showcase Your Legal Knowledge in Wisconsin Newspapers

Boost your brand as a legal leader in 2024 by writing a State Bar of Wisconsin "Know Your Legal Rights" newspaper column on a selected topic.

Comments (0)

SHARE THIS:



Dec. 6, 2023 – Through a partnership between the State Bar of Wisconsin and the Wisconsin Newspapers Association (WNA), State Bar members have an opportunity to showcase their legal knowledge to the public at-large through a "Know Your Legal Rights" newspaper column.

The column is distributed through WNA to their 200-plus member media outlets across the state. Examples of past legal stories can be found on the WNA website. If you are a State Bar member, you are eligible to participate to assist the public's understanding of the law.

As we kick off the New Year, consider these compelling topics:

- New Years Legal Resolutions

- Navigating the Legal Gridiron: Hosting a Super Bowl Party

- Co-parenting in the Digital Age: Social Media and Privacy Concerns

- Protecting Your Hearts and Assets with Pre and Post Nuptials

- Spring Flooding: Legal Tips for Wisconsin Residents

The columns provide legal information and range from 500 to 800 words. If you're interested in writing on any of these topics, or others we've identified, reach out to Mike Wiltse, State Bar public relations manager, at mwiltse@wisbar.org or 608-250-6025. Please note:

- You will receive the full 2024 editorial calendar, writing guidelines and helpful tips.

- The State Bar may edit your work for clarity and brevity but you will have the opportunity to accept or modify the edited work.

- Authors are selected on a first-come, first-served basis. If you wish to contribute more than one topic, please let us know!

○ This opportunity is available only to State Bar members in good standing.

From January and October 2023, the "Know Your Legal Rights" column garnered 255 placements statewide. In 2024 we'll amplify these stories through a new branded campaign on State Bar social media channels.

The program is sponsored by the Lawyer Referral and Information Service (LRIS). Don't miss this chance to showcase your legal expertise to a broad audience!

Comments (0)

SHARE THIS:



Exhibit 85



Exhibit 86



Exhibit 87



Exhibit 88

1



Exhibit 89





Exhibit 90



Exhibit 91



Exhibit 92





3

# The Bar Report

*Executive Director's Report to the Board of Governors*



**STATE BAR**
**OF WISCONSIN**

➡ Exploring the Intersection of Science & the Law, p. 5

➡ Your Voice Matters, p. 11

➡ Young Lawyers Receive Scholarships, p. 14

➡ Check Out the Group Health Plan for Law Firms, p. 21



Exhibit 93

*We support our members in a dynamic and diverse society in delivering valued professional services, promoting access to justice and pursuing professional satisfaction.*

# Table of Contents

## INSIDE THE BAR
–From the Executive Director's Desk, p. 3
–Larry Martin's Wisconsin Lawyer Columns, p. 4
–Upcoming Events, p. 4

## EDUCATE
–PINNACLE Unveils Personal Safety Guide, p. 5
–Exploring the Intersection of Science and the Law, p. 5
–Supercharge Your Solo Firm: WSSFC Replays Coming Soon!, p. 5
–Check Out These Seminars From 2023, p. 6
–Section, Division and Committee Reports, p. 7-10

## ADVOCATE
–Your Voice Matters: Supporting Expungement, p. 11

## FACILITATE
–Discover Pro Bono: Unlock Opportunities and Insights on WisBar.org, p. 12
–Lawyers' Fund Approves Maximum Claim, Arbitration Backlog Persists, p. 12
–Mock Trial Celebrates Milestone Year, p. 12
–Helping the Public Understand Legal Issues, p. 13
–Facilitating and Promoting Media Coverage, p. 14
–The Value of Earned Media, p. 14
–Young Lawyers Receive Scholarships For Representing the Underserved, p. 14-15

–Young Lawyers Receive Scholarships For Representing the Underserved, p. 14-15
–Fellows Dinner: Celebrating Excellence, Raising Critical Funds, p. 15
–Mansfield Honored For Distinguished Service, p. 15
–Law Foundation: 'Every Member, Every Year' Campaign Fuels Civic Impact, p. 16
–Diversity Clerkship Program Alumni Participate in WSSFC, p. 16
–Foundation Funds G. Lane Ware Leadership Academy, p. 17

## CULTIVATE
–Providing Ethics Guidance, p. 18
–Practice 411: Supporting the Business of Law, p. 18
–WisLAP's Peer Support Trainings Resonates with Attorneys, p. 19
–AMC Set for June 19-21, 2024, in Green Bay, p. 20
–Governors: Find Essential Resource Materials at WisBar.org, p. 20
–State Bar Seeking Award Nominations, p. 20
–Check Out the Group Health Plan for Law Firms, P. 20-21
–Bolstering Cybersecurity with Multi-Factor Authentication, p. 21

## SOCIAL MEDIA
–A Look at the Top Content, p. 22-26

ABOUT THIS REPORT: Please note, all words in blue are links to more information.

Case 2:23-cv-01697   Filed 12/19/23   Page 41 of 65   Document 1-5



In law, our focus is justice. Lawyers, judges, paralegals, and other legal staff dedicate themselves to upholding the law and safeguarding the rights of individuals and organizations. However, this commitment can come at a significant cost, exposing legal professionals to personal safety risks.

Tragic incidents, like the 2017 shooting of attorney Sara Quirt Sann in Marathon County, Wis., the 2020 attack on federal judge Esther Salas and her family, and the 2022 murder of Juneau County Circuit Court Judge John Roemer underscore the dangers faced by those within the legal community. In response, the State Bar of Wisconsin recognized the need for a comprehensive resource to aid legal professionals in protecting themselves and their families.

*Reduce Your Risk: A Guide to Personal Safety and Security for the Legal Community* is a guide tailored to address the unique safety and security challenges encountered by legal professionals and their staff in their workplaces and daily lives. It empowers legal practitioners at all levels to proactively manage threats to personal safety, and protect their clients and families while upholding justice.

This guide is the collective result of numerous authors, all dedicated to fostering a safer environment. I am incredibly proud of this work, and I want to extend my heartfelt gratitude to each author for their time and expertise toward this important resource.

*Reduce Your Risk* not only promises to enhance the personal safety and security of legal professionals but also contributes to the preservation of the justice system you tirelessly serve. I hope this guide serves as a constant reminder that, in the pursuit of justice, personal safety and security are not merely options but essential prerequisites. I hope you will click on the blue link above and order a copy for yourself.

---

However you mark and celebrate this time of year, I hope it is an opportunity to "down shift" a bit at the office and focus on the enjoyment of the season. Best wishes to you and your loved ones for good health and good cheer. May the season be a time to recharge and reflect, as we prepare for the new year ahead. Please continue to stay well, and, as always, ever forward!

*Larry*

Case 2:23-cv-01697   Filed 12/19/23   Page 42 of 65   Document 1-5

## In case you missed my recent columns in *Wisconsin Lawyer™* magazine

- Wisconsin's Courthouses: Temples of Justice: As places where "government of the people" is most closely felt by many individuals, courthouses and the activities that take place within them must be preserved and safeguarded. (October 2023)

- A Commitment to Enhancing Your Safety and Security: The State Bar of Wisconsin has created a resource guide for lawyers, judges, paralegals, and others who work within and alongside the legal community to help them protect themselves and their families (November 2023)

## *Upcoming Events*

## Board of Governors' Meetings

- Feb. 23, 2024: Virtual
- April 12, 2024: Madison
- June 19, 2024: Hyatt Regency, Green Bay

## In-person CLE Seminars and Webinars

- Diversity Counsel Program: Unlocking the Power of Diversity: Effective Strategies for Retaining and Promoting Diverse Talent
  Dec. 4, Italian Center, Milwaukee

- Annual Constitution Law Symposium
  Dec. 7, State Bar Center, Madison

- Effective Legal Writing 2023
  Dec. 8, State Bar Center, Madison

- Car Crash Symposium
  Dec. 5,  State Bar Center, Madison

For all in-person CLE seminars and conferences, visit Wisbar MarketPlace.



## Educate

### *We're Developing Skilled Legal Professionals*

### ▶ PINNACLE Unveils Personal Safety Guide

PINNACLE® Books released a new resource, *Reduce Your Risk: A Guide to Personal Safety and Security for the Legal Community*. The guide is intended to facilitate conversation about threats and violence against members of the legal profession – and what members can do to help protect themselves, their families, and their staff. The guide is available in print only.



New revisions of *Wisconsin Rules of Evidence: A Courtroom Handbook* and the *Wisconsin Judicial Benchbook Vol. II: Civil* are available in print and online. Additional revisions are planned for Fiscal Year 2024.

PINNACLE titles, with limited exceptions including codebooks, are available in print and online with Books UnBound™. Use it to access State Bar books on your phone, tablet, or laptop, from virtually anywhere. Books Unbound is great for use in court, during meetings with clients or colleagues, and while traveling.

Questions? Contact Publications Manager Carol Chapman.

### ▶ Exploring the Intersection of Science and the Law

The Forensic Justice Institute is back for a third year on Jan. 19, 2024. Created for legal professionals, the Forensic Justice Institute is a premier virtual event that examines the use and application of scientific evidence presented in court. Hosted by the Center for Integrity in Forensic Sciences (CIFS) and State Bar of Wisconsin PINNACLE, this event brings together esteemed experts in forensics and renowned national speakers to provide an impartial evaluation of current scientific methods and their often-submitted evidential results.

Questions? Contact Seminars Manager Tim Clark.

### ▶ Supercharge Your Solo Firm: WSSFC Replays Coming Soon

The Wisconsin Solo and Small Firm Conference (WSSFC) 2023 was held Oct.19-21. Nearly 300 people convened to network, earn CLE, and learn the latest tips and technology to run a successful practice. Watch for replays of select sessions coming the week of Dec. 11, 2023.

Case 2:23-cv-01697   Filed 12/19/23   Page 44 of 65   Document 1-5

## 🟠 Check Out These Seminars from 2023

Highlighted CLE seminars include:

- Your Guide to The Corporate Transparency Act 2023
- Artificial Intelligence, Deepfakes, and Disinformation, 2023
- Top Ten Mistakes Made with Beneficiary Designations, 2023
- Annual Real Estate Update 2023
- Figuring Out Governmental Immunity 2023
- Employment Law Update 2023
- Compliance with Amendments to Rule 702 2023
- The 47th Annual Worker's Compensation Update
- Advising the Closely Held Business: What Could Go Wrong?
- We've Got You Covered: Insurance Coverage in Wisconsin 2023
- A Bit of the Ol' Razzle-Dazzle: Tips for Legal Writing 2023
- Responding to Negative Criticism on Social Media 2023
- Social Security Disability Basics 2023
- Legal Ethics 2023: New Opinions, New Rules, and New Issues
- Step-by Step Estate Planning I 2023
- Termination of Parental Rights 2023
- Drafting Your First Residential Lease 2023

Register for these replays here.

## A Look Back at WSSFC …



*Ben Schorr, a senior content program manager at Microsoft, gave a presentation on generative AI during a plenary presentation at WSSFC on Thursday, Oct. 19.*

Case 2:23-cv-01697   Filed 12/19/23   Page 45 of 65   Document 1-5


*We're Working Together for the Common Good*

## Section Reports

The **Appellate Practice Section** teamed up with Marquette's Appellate Student organization to give a panel presentation on Appellate Law.

The **Bankruptcy, Insolvency & Creditors' Rights** section held their "Annual Bankruptcy Update" on Nov. 1 in Milwaukee and Nov. 2 in Madison. The event provided section members with the latest trends and developments in bankruptcy practice from U.S. Bankruptcy Court judges in the Eastern and Western Districts of Wisconsin.

The **Children and the Law Section** co-produced "Practical Tips to Avoid and Manage TPR Appeals 2023" with PINNACLE on Oct. 27 at the State Bar Center. The program allows attendees to learn to get termination of parental rights cases right the first time to avoid appeals. The CLE was recorded and will be available for replays through January 2024.

The **Construction and Public Contract Law Section** hosted "Construction Trends 2023" on Nov. 8 at von Briesen & Roper in Milwaukee. Presenters discussed OSHA compliance and other jobsite safety issues that industry professionals and legal teams need to consider on their projects.

The section also organized a volunteer event with nonprofit Revitalize Milwaukee on Nov. 4. Volunteers helped to install safety features around the recipient's home, repaired gates, and installed new sections of fence around the property.

The **Criminal Law Section** is offering two scholarships to PINNACLE's 2024 Forensic Justice Institute on Jan. 19, 2024. The scholarship recipient must be a section member. Information: Contact Section Coordinator Christine Casey, 608-250-6187.

The **Dispute Resolution Section** sponsored an After Dark Networking Event for the Marquette Alternative Dispute Resolution Society on Thursday, Nov. 9. The event gave law students an opportunity to learn more about the specialty from section members.

The **Family Law Section** co-produced the "Advanced Skills and Techniques for Family Law Practice" with PINNACLE on Oct. 4. Webcast replays are available until January 2024. Learn effective strategies for advising clients and achieving results in high-stakes family law cases. Also learn how to develop a plan to manage custody issues in LGBTQ+ families that minimizes adverse consequences for the children involved. Register on WisBar Marketplace.

Case 2:23-cv-01697   Filed 12/19/23   Page 46 of 65   Document 1-5

The **Intellectual Property & Technology Law Section** held separate networking events for U.W. and Marquette law school students interested in a career in Intellectual Property. Approximately 30 people participated in each event.

On Oct. 17 the **Real Property, Probate and Trust Law Section** hosted a panel discussion with the Real Property student group at U.W.-Madison. Four attorneys and 25 students participated in the event.



*Pictured here surrounded by past recipients, Milwaukee attorney O. Emil Ovbiagele (center) received the John Lederer Distinguished Service Award at the Solo and Small Firm Conference. Read more about Ovbiagele in the Oct. 18, 2023, issue of WisBar InsideTrack.*

The **Solo Small Firm and General Practice Section** played a significant role in the 2023 Wisconsin Solo & Small Firm Conference. The section provided sponsorship, presented the Lederer award (given to an attorney who works to improve the lives and practices of solo and small firm attorneys) and provided three scholarships for members to attend the conference.

## Division Reports

**The Government Lawyers Division** is offering grant money to help eligible members pay for CLE tuition and travel. Funds may be used for in-person or virtual programming. Information: Contact Program Coordinator Karen Beall.

The **Young Lawyers Division** hosted a CLE on "Practical Advice for Young Lawyers" on Nov. 10 at the Lismore Hotel in Eau Claire. The event included a networking reception.

## Committee Reports

**Bar Relations Committee:** The Bar Relations Committee implemented new virtual meetings to share news and feedback between local bar leaders and the State Bar president. Additionally, the meetings provide local bar leaders the opportunity to network. Meetings take place the third Wednesday every other month. Notably, 25-30 local bar leaders actively participated in both the August and October meetings.

**Rural Practice Subcommittee:** Effective July 1, 2023, the Rural Practice Subcommittee of the Bar Relations Committee assumes oversight of The Greater Wisconsin Initiative.

In October, the **Rural Practice Clerkship** pilot was launched for the summer of 2024, serving as a preliminary assessment of program interest and structure. This program offers first- and second-year law students from Wisconsin and Minnesota law schools a limited-term, full-time paid summer employment opportunity. Employers in counties with fewer than 100 practicing attorneys received information about the program in late October. Learn more: Contact Member Engagement Manager Kim Burns.

Case 2:23-cv-01697   Filed 12/19/23   Page 47 of 65   Document 1-5

**The Diversity Inclusion & Oversight Committee (DIOC):**
Northwestern Mutual hosted the Diversity, Equity and Inclusion Hackathon event on Oct. 30, with the State Bar as a presenting sponsor. This event brought people together to collaborate and solve problems as teams.

Twenty-one lawyer teams competed in a "Shark Tank-like" challenge to generate innovative ideas for improving lawyer diversity recruitment and retention. They presented their ideas to prominent local legal figures and judges. Three ideas secured seed funding for implementation. Read more about the Hackathon in *WisBar InsideTrack.*



*Jenny Yuan (center), an attorney at Northwestern Mutual, makes a point during a tabletop discussion at the DEI Hackathon.*



← *DIOC hosted a Law Student Outreach networking event on Oct. 25 at Godfrey & Kahn in Milwaukee. A collaboration between Godfrey & Kahn, the Young Lawyers Division, and the Wisconsin Association for African American Lawyers, the event included 42 students, two judges, and several attorneys. The next event will take place in Madison during the spring semester.*

**DIOC** is hosting a Diversity Counsel Program, "Unlocking the Power of Diversity: Effective Strategies for Retaining and Promoting Diverse Talent" on Dec. 4 at the Italian Conference Center in Milwaukee.

The featured speaker is Dr. Sherri Ann Charleston, Chief Diversity and Inclusion Officer at Harvard University. She is considered one of the nation's leading experts in diversity and higher education. Dr. Charleston received a Ph.D. in history from the University of Michigan, and a J.D. from U.W.-Madison Law School. The Hon. Ashley Morse of Rock County Circuit Court will moderate the panel discussion.

Earn up to 3.0 CLE credits. Register at WisBar.org/Marketplace.

**Diversity Clerkship Program:** Ninety-two students from Marquette and U.W.-Madison law schools have expressed interest in the Diversity Clerkship Program. Information sessions took place at both law schools on Oct. 24-25. For program information, contact Diversity & Inclusion Specialist Jacque Evans.

Case 2:23-cv-01697   Filed 12/19/23   Page 48 of 65   Document 1-5

**Law Student Outreach:** State Bar staff attended a student orientation at Marquette University Law School on Aug. 18. This is one element of a plan to educate law students on the programs, products, and services the State Bar offers to members. The end goals are to keep law students living and working in Wisconsin post-graduation and encourage State Bar involvement.

Law students also received the September 2023 "Just the Facts" newsletter.

**Leadership Development Committee:**

- **G. Lane Ware Leadership Academy:** Twenty-four participants engaged in session one on Nov. 3-4, led by Kristen Hardy, Betsy Delzer, Michael Moore, and Christina Plum.

- **Leadership Summit:** If you know of a new lawyer who you believe would be a great leader in the profession, please nominate that lawyer for the Leadership Summit. The 3-hour event promotes State Bar volunteerism, linking engagement to professional growth while balancing family commitments, professional and other volunteer responsibilities. Please nominate colleagues you believe demonstrate leadership traits, civic-mindedness, and interest in State Bar service. In addition to this criteria, we are looking for individuals who are diverse in gender, geographical region, practice area, and thought.

  Look for an email soon from Raeann Kramer with nomination details, asking for your recommendation. This is your chance to identify the next wave of State Bar leadership! Nominations requested by Dec. 15. Check your email for nomination details or contact Administrative Coordinator Beth Drake with questions.

**Insurance and Member Benefits Committee:** The Insurance Team encourages State Bar members to become better insurance consumers. Check out, "It's Medicare Open Enrollment: Here's How to Explore Your Options" in *WisBar InsideTrack*.

**The Non-Insurance Team** launched Smokeball, an all-in-one practice management platform that automates time tracking and invoicing, streamlines workflows, accesses document resources, and creates actionable reports that summarize your firm's activities and areas of opportunities. See "New Discount Program: Smokeball Boosts Practice Management" in *WisBar InsideTrack*.

Case 2:23-cv-01697   Filed 12/19/23   Page 49 of 65   Document 1-5


# *We're Advocating for Justice, Clients, the Legal System and Profession*

## ▶ Your Voice Matters: Supporting Expungement Reform, Juvenile Justice

During the fall legislative season, the Advocacy and Access to Justice Team concentrated on key State Bar legislative priorities, including expungement reform, returning 17-year-olds to juvenile jurisdiction courts, and the rural attorney shortage. Here is an update:

- **Expungement Reform** (AB 37 and SB 38): This bill faces challenges in gaining support for a Senate vote, as it has in previous sessions. A proposed amendment aims to narrow the bill's scope by maintaining the age limit of 24 but extending the timeframe for post sentencing eligibility. If the amendment is adopted, it could pave the way for a Senate vote. To help influence this bill, reach out to your colleagues in key senate districts. To learn more, contact Grassroots Coordinator Devin Martin.

- **Returning 17-year-olds to Juvenile Jurisdiction Courts:** The bill was expected to be introduced by Republican legislators in the fall. Instead, it was circulated on October 30 by Representatives Steve Doyle (D-Onalska) and Jenna Jacobson (D-Oregon) and Sens. Lena Taylor (D-Milwaukee) and Kelda Roys (D-Madison). Unfortunately, we do not expect this bill to progress through the full legislative process to become law. The State Bar will continue educating legislators and the public of it's importance.

The continued support and voice of our members is critical to educating lawmakers about issues that impact the legal profession and access to justice. All State Bar Governors are encouraged to send a message on priority issues through the State Bar Advocacy Network, and to encourage your colleagues and constituent State Bar members to do the same. If you have already sent a message, we encourage you to send a follow up.

Other highlights:

- The Advocacy Team gave a presentation on "Understanding and Engaging in the Legislative Process" in Eau Claire in October, with the newly formed nonprofit Women Lawyers of the North.

- The State Bar co-sponsored the "2023 Midwest Polling Summit," a WisPolitics event on Oct. 19 in Milwaukee. Charles Franklin, professor of law and public policy and director of the Marquette Law School Poll, presented at the event.

Case 2:23-cv-01697   Filed 12/19/23   Page 50 of 65   Document 1-5

## Discover Pro Bono: Unlock Opportunities and Insights on WisBar.org

With a recent update to the pro bono pages on WisBar.org, members can find pro bono news, calendar of events, volunteer spotlight, and a Wills for Heroes (WFH) training video (must subscribe to the WFH e-list).

The Pro Bono Volunteer Spotlight e-newsletter was published in October. Highlights include:
- a feature story on Judicare Legal Aid, formerly known as Wisconsin Judicare, Inc.;
- a story on the State Bar's Lawyer Hotline Program; and
- upcoming events.

The Nov. 6 issue highlighted:
- a feature story on the Law & Entrepreneurship Clinic at U.W. Law School;
- Legal Action of Wisconsin's new Consumer Defense Clinic to represent consumers in debt buyer collections; and
- information on the State Bar's professional liability insurance coverage for attorneys who do pro bono work.

## Lawyers' Fund Approves Maximum Claim, Arbitration Backlog Persists

The Wisconsin Lawyers' Fund for Client Protection Committee met Oct. 3 and approved one claim for the maximum amount of $150,000. Also, the Fee Arbitration Program welcomed two new District Chairs to assist with assigning cases and is continuing to work through a backlog from the summer of 2023. Since Sept. 1, the program closed 11 cases and processed four new applications.

## Mock Trial Celebrates Milestone Year, Volunteers Needed

This year, the Wisconsin High School Mock Trial Program celebrates its 40th anniversary! Roughly 48,000 students have participated in the program. Volunteers are needed and best of all, the experience is fun and rewarding. Read more about this year's competition on *WisBar InsideTrack* and the impact of 40 years of high school mock trial in the Fall 2023 issue of *Impact*, the newsletter of the Wisconsin Law Foundation.

Wisconsin High School Mock Trial is funded by a generous grant from the Wisconsin Law Foundation, the charitable arm of the State Bar of Wisconsin.

Case 2:23-cv-01697   Filed 12/19/23   Page 51 of 65   Document 1-5

## 🟢 Helping the Public Understand Legal Issues

Know Your Legal Rights, a bimonthly legal newspaper column written by members of the State Bar and distributed by the Wisconsin Newspaper Association, appeared in newspapers 35 times between September and October.

Stories published from Sept. 11 to Nov. 7 include:

- "Six surprising strategies for saving on divorce costs" (By Kelly Dodd, Karp & Iancu. S.C., Milwaukee)
- "Remote work injuries: navigating workers' compensation in the digital age" (By Brandon Jubelirer, Hawks Quindel, S.C., Milwaukee)
- "Why parents need a will to establish legal guardianship" (By Ralph E. Johnson, Axley Brynelson LLP, Janesville, and Josiah R. Stein, Law Office of Josiah R. Stein LLC, Green Bay)
- "The unspoken truths of security deposits for tenants" (By Kelly J. Schwab, Renning Lewis & Lacy S.C., Oshkosh)
- "The pitfalls of using online legal forms" (By Desiree K. Kumar, The Law Office of Desiree K. Kumar LLC, Grafton)



**A new benefit!** State Bar members writing for the newly branded "Know Your Legal Rights" column will also be featured on social media with a link to their stories. If you would like to write a legal column, contact Public Relations Manager Mike Wiltse.



*The* Know Your Legal Rights *column, written by State Bar members and sponsored by the Lawyer Referral and Information Service, has earned 80 Wisconsin based story placements in FY 23-24 to date. Since the partnership with the Wisconsin Newspaper Association began in April 2021, there have been 491 story placements.*

## ▶ Facilitating and Promoting Media Coverage

The State Bar was involved in the following media stories:

- Guest editorial: "The role of lawyers is no laughing matter" (By Dean Dietrich)
- Guest editorial: "Justice for all: tackling the lawyer shortage in Wisconsin" (By Dean Dietrich)
- *Cap Times*: "State Public Defender Kelli Thompson steps down after 12-year run" (Larry Martin comment)
- *Wisconsin Law Journal*: Media Request: "Solo vs. big law: Does size really matter?"
- Wisconsin Public Radio: "Prosecutor and public defender vacancies are down following newly approved raises in Wisconsin"

## ▶ The Value of Earned Media (Sept 11-Nov. 7)

**33** **Mentions** include stories where the State Bar of Wisconsin name is *mentioned in Wisconsin newspapers*. The mention may have resulted from media pitches, statement responses, unpaid stories, and news issued by members. The stories are ranked as positive or neutral. It may not reflect all *Legal Rights* columns produced by the State Bar.

**2.09 Million** **Estimated Reach:** People who may have seen the stories. Meltwater's estimation numbers were reduced by 1/3 to offer a conservative estimate.

**$58K** **Advertising dollar equivalency** is what a media buyer would pay if the story was an advertisement or paid advertorial. The numbers are a fair estimate but not an exact value.

**Why is earned media important?** Educating the public about legal issues is one of the purposes of the State Bar as an organization. Media placements also allow the State Bar to showcase members as leaders, emphasizing the value of hiring lawyers and their contributions to the communities they serve.

▶ *Promoting Public Understanding of the Law: Wisconsin Law Foundation*
## Young Lawyers Receive Scholarships for Representing the Underserved

The Wisconsin Law Foundation granted Belle Case La Follette Awards in the amount of $2,600 each to three recent law school graduates. The awards recognize recent law school graduates who are State Bar members practicing in rural areas and/or representing underserved populations.

This year's recipients are:

**Edgar A. Beltran**, Marquette 2019. From Cedarburg, Edgar is a State Public Defender in Washington and Ozaukee counties. Edgar typically handles 100 to 130 cases at any given time, from criminal matters to mental health placements, juvenile petitions, and more. He is a first-generation college graduate and is the only Spanish-speaking attorney in his county, handling all the SPD's Spanish-speaking client cases.


Case 2:23-cv-01697   Filed 12/19/23   Page 53 of 65   Document 1-5

**Imani Hollie**, Loyola 2020, Green Bay. Imani is the State Public Defender representative on the Youth Treatment Court, focused on giving youth a chance to get needed treatment and diverting them away from the criminal justice system. Her clients struggle with poverty, drug addiction, and mental health issues, and are disproportionately people of color – often vulnerable youth and young adults who need someone to listen to and advocate for them.



*Recipients of the Law Foundation's 2023 Belle Case La Follette awards are (from left): Edgar Beltran, Imani Hollie, and Michael Windle.*

**Michael Windle**, U.W. 2020. Michael works in a small firm based in Westby, a rural community in western Wisconsin with a strong need for affordable legal services. He practices in family law, estate planning, probate law, and civil litigation. A key service Michael provides is estate planning, where he charges a flat rate for wills, basic trusts, and powers of attorney. Michael is the only attorney in his firm doing family law.

## ➡ Fellows Dinner: Celebrating Excellence, Raising Critical Funds



*The Class of 2023 new Fellows are among the 43 lawyers inducted into the Fellows of the Wisconsin Law Foundation on Oct. 10, 2023. For more photos of the event, see the album on the State Bar of Wisconsin Facebook page.*

The Annual Fellows Recognition Dinner was held Oct. 10 at the Monona Terrace in Madison. More than 150 attended the black-tie optional dinner, raising critically needed funding in support of the Law Foundation's mission and work.

Membership in the Fellows of the Wisconsin Law Foundation is considered a professional honor and evidence of professional distinction.

The program honors State Bar of Wisconsin members who have achieved significant accomplishments in their careers and contributed leadership and service to their communities. The Fellows membership is limited to 2.5% of the State Bar's total membership, and new members are nominated by current Fellows.

Fellows commit to providing sustained financial support to furthering the mission and work of the Wisconsin Law Foundation.

Next year's Fellows dinner will be held Thursday, Oct. 10, 2024, at the Wisconsin Country Club on Goodhope Road in Milwaukee.

Case 2:23-cv-01697   Filed 12/19/23   Page 54 of 65   Document 1-5

 ## Mansfield Honored for Distinguished Service

Marsha Mansfield is the 2023 recipient of the *Charles L. Goldberg Distinguished Service Award* from the Wisconsin Law Foundation. The award recognizes a lifetime of service to the profession and the community – and Mansfield's career is a great example of a lifetime of service.

Mansfield received the award at the Law Foundation's Fellows Dinner on Oct. 10 at the Monona Terrace in Madison.



*Madison attorney Marsha Mansfield is the recipient of the Law Foundation's 2023 Charles L. Goldberg Distinguished Service Award.*

*Year-end Giving*
## Law Foundation: 'Every Member, Every Year' Campaign Fuels Civic Impact

The Wisconsin Law Foundation is dedicated to promoting key aspects of a fair and inclusive society. We provide grants, scholarships and awards to groups and individuals who promote or are involved in:

- Civic understanding and informed engagement
- Leadership development, ensuring a future generation of impactful changemakers
- Access to justice, bridging gaps in legal support for those in need
- Diversity & Inclusion and a more equitable legal landscape

If you haven't yet made a donation to the "Every Member, Every Year" campaign, it's not too late. Please consider making a year-end donation in any amount. With your help, we will continue supporting critically needed programs and services at a time when demand and need has never been higher. Please join me by committing to make an annual contribution – *in any amount*.

**Six Easy Ways to Give**

- Donate online at wisbar.org/wlfdonate
- Mail a check: Wisconsin Law Foundation, 5302 Eastpark Blvd, Madison, WI 53718-7158
- Call us: (608) 250-6171 or (800) 444-9404 ext. 6171
- Check the box on your State Bar mileage reimbursement form
- Designate a donation via your State Bar Author/Speaker reimbursement.
- Use your phone camera to scan the QR code:
  - ◊ To scan the code, open the camera app on your phone, then point the camera at the QR code.
  - ◊ A banner will appear. When you tap the banner, it opens the donation webpage on WisBar.org.



Case 2:23-cv-01697   Filed 12/19/23   Page 55 of 65   Document 1-5



*Investing in Leadership*
## Foundation Funds G. Lane Ware Leadership Academy

The Law Foundation provided a $4,196 grant to the State Bar's G. Lane Ware Leadership Academy, a multi-session training program designed to enhance leadership skills, inspire leadership involvement, build professional networks, and foster the professional development of a diverse group of lawyers.

The Leadership Academy helps to improve the leadership skills of lawyers who are interested in becoming leaders in their community, in their places of employment or in the legal profession, whether at the local level or within the State Bar.

The first session of the 2023-24 Leadership Academy took place in-person at the State Bar Center Nov. 3-4. This year's class is made up of 24 lawyers from every corner of the state.



*Milwaukee attorney Taviss Smith participates in a discussion on networking at the first session of the G. Lane Ware Leadership Academy on Nov. 4 at the State Bar Center.*

Case 2:23-cv-01697 Filed 12/19/23 Page 56 of 65 Document 1-5

## Providing Ethics Guidance

The Ethics Program provides guidance regarding Wisconsin's Rules of Professional Conduct for Attorneys. Ethics counsel delivered 23 presentations of which seven were PINNACLE productions. A sampling includes:

- "Ethics and Lawyer Marketing" (PINNACLE)
- "Environmental Law Update" (PINNACLE)
- "Is Your Firm Ready For New Trust Account Rules?"
- "Ethical Considerations in Child Support Enforcement"
- "Corporate Transparency Act (PINNCLE)

"In October, Ethics Counsel contributed an Ethical Dilemma to *Wisconsin Lawyer* titled, "Ethical Dilemma: GALs and Conflicts Now Clarified with Ethics Opinion EF-23-02"

## Practice411: Supporting the Business of Law

The State Bar Practice 411™ Program was active at the Wisconsin Solo & Small Firm Conference. Law Practice Assistance Manager Brent Hoeft's role included:

- Serving as a panelist for the popular "50 Tips" session.
- Appearing as a guest on the State Bar of Wisconsin's "Bottom Up" podcast to Discuss the WSSFC Planning Committee, the WSSFC Technology Track, and assistance available to members through the Practice Management Program.
- Meeting with members, speakers, and vendors and raising awareness of the services offered by Practice411 and the State Bar.



*The four presenters for "50 Tips and Tricks" (from left): Christopher Shattuck, Bryan Sims, Nerino Petro, and State Bar Practice Management Advisor Brent Hoeft (standing in for Jeffrey Krause).*

Case 2:23-cv-01697 Filed 12/19/23 Page 57 of 65 Document 1-5

Law Practice Management Group meetings in November and December will discuss topics from the WSSFC, law practice management, the emergence of AI in legal technology, and ways to continue supporting solo and small firm members in their practice.

**About Practice 411:** The State Bar's Practice411 Practice Management Program helps lawyers improve their efficiency and effectiveness in delivering legal services and implementing systems and controls to reduce risk and enhance client relations. It provides members with resources and support in managing their law practice.

## ▶ WisLAP's Peer Support Trainings Resonate with Attorneys

In October and November, the Wisconsin Lawyer Assistance Program (WisLAP) provided lively, high-impact, skills-oriented peer support volunteer training to 42 attorneys.

- Twenty-seven people attended the annual training in Madison, with speakers from the Office of Lawyer Regulation, the National Alliance on Mental Illness (NAMI), the Training and Standards Bureau of the Wisconsin Department of Justice, a district attorney from a northern county, and individual attorneys.

- Fifteen people attended a peer support bootcamp at the Special Prosecutors Education and Training Conference in Elkhart Lake, organized by lawyers from district attorney offices. Speakers came from the Wisconsin District Attorneys Association and district attorney offices.

Both trainings included education on supporting peers dealing with professional dilemmas, work-life stress, isolation, and discouragement. Participants observed and practiced crucial support skills. How did it go? Here's some feedback from participants:

- "This is the best training I've been to in many years for WisLAP."
- "Excellent! Great to have opportunities to role play and get feedback on what seemed effective and the chance to hear what could be improved upon. My hope is to keep improving and learning."

Read more about the training in WisBar InsideTrack.

**About WisLAP:** The core of WisLAP is formed by 100 active and trained attorneys from a broad range of practice environments who provide free, confidential and compassionate support to colleagues facing stress, anxiety, professional challenges, and various personal, medical, and financial difficulties. To volunteer, contact callwislap@wislap.org.

Case 2:23-cv-01697   Filed 12/19/23   Page 58 of 65   Document 1-5

## 🔶 AMC Set for June 19-21, 2024, in Green Bay!

Mark your calendars for the State Bar Annual Meeting & Conference! You won't want to miss the biggest State Bar gathering of the year for members of the bench and bar. In addition to fantastic plenary topics and CLE sessions, join us at the Champions Club overlooking Lambeau Field. More details will be released shortly.

Now is the time to secure your AMC sponsorship. This is a great opportunity for you as a Board of Governor member to promote your law firm or organization throughout the state. For more information and to reserve your spot, contact Advertising Manager Crystal Brabender.

## 🔶 Governors: Find Essential Resource Materials at WisBar.org

Joint Leadership Orientation training materials are available at WisBar.org providing Governors with easy access. Visit New Board of Governors Members (BOG) Training Materials. You will find information on Member Services programs, member benefits, dues, the Group Health Plan for law firms, program introduction videos, Wisconsin Law Foundation, and strategic planning and budgeting.

The resources are not just for new BOG members, they are helpful for returning BOG members too. Need information to answer a constituent's question? Did you volunteer to be a Board Buddy and need a refresher before you check-in with your new board member? Visit the landing page!

## 🔶 State Bar Seeking Award Nominations

Do you know a judge or lawyer deserving of recognition for their work in the profession or their community? The State Bar is seeking nominations for numerous awards. The nomination deadline is Jan. 31, 2024. Read more in *WisBar InsideTrack*.

## 🔶 Check Out the Group Health Plan for Law Firms

Increased wages, inflation, and medical utilization combined with sky-rocketing pharmaceutical costs will add up to one thing – higher healthcare coverage premiums. While it does not directly impact Wisconsin, the largest healthcare worker strike in U.S. history is a sign of the turmoil within the medical industry.

According to the Kaiser Family Foundation, small employers (defined as 3 to 49 workers) continue to seek alternative coverage options. The percentage of small firm workers enrolled in alternative arrangements has increased from 21% to 41% in 2022.[1]

Case 2:23-cv-01697   Filed 12/19/23   Page 59 of 65   Document 1-5

As you experience increased premium costs, before reducing coverage, decreasing employer contributions, or eliminating coverage completely for attorneys, staff, and their families, consider exploring the State Bar's group health plan for law firms as an option.

Remember, law firms can enroll in the group health plan at *any time* throughout the year, not just during open-enrollment time in November. For coverage effective Jan. 1, 2024, paperwork must be submitted by Dec. 15, 2023.

To qualify, law firms need to employ at least two non-family members who work 26 hours or more per week (i.e. lawyer and one other employee), and coverage must be offered to all, but may be declined.  Under current federal and state association health plan law, the State Bar's plan cannot provide coverage to individual attorneys either working as solo practitioners without at least one nonfamily employee.

Information and video resources available to learn more about the plan:

- Control Health Care Costs with the State Bar's Group Plan for Law Firms (*WisBar InsideTrack*)
- Association Health Plan for Law Firms: Deeper Dive into Value Added Services (State Bar YouTube Channel)

If you were unable to attend the group health plan informational session at the Solo Small Firm or the replay in early November, see the webinar replay for more information.

To request your quote, please contact Professional Insurance Programs:

- Christine Nadolski, Team Lead-Benefits, (414) 755-4172, or
- Wendy C. Block, Benefits Account Manager, (414) 755-4185.

[1] "American Academy of Actuaries, issue brief, "Drivers of 2024 Health Insurance Premium Changes," p. 4, July 2023."

## 🔶 Bolstering Cybersecurity with Multi-Factor Authentication

The State Bar recently implemented Multi-Factor Authentication (MFA) for staff access to resources, enhancing cybersecurity. This is part of ongoing efforts to strengthen security with plans for wider MFA adoption pending technology upgrades. Existing authentication measures like CAPTCHA on WisBar.org remain in place. The State Bar is committed to advancing network tools to defend against cyber threats and safeguarding information.

Case 2:23-cv-01697   Filed 12/19/23   Page 60 of 65   Document 1-5

# Social Media: A Look at Top Content

Increasingly, our members engage with the State Bar and each other through our social media channels. Join the conversation; connect with us on Facebook, Twitter (@statebarofwi), LinkedIn, and Instagram (@statebarofwi). Here are some recent metrics and examples that demonstrate how social media plays a role in advancing our mission.

## Facebook

*Posts and metrics from Aug. 27 – Nov. 11, 2023 (compared to period prior)*



Case 2:23-cv-01697   Filed 12/19/23   Page 61 of 65   Document 1-5

# LinkedIn

*Posts and metrics from Aug. 27 – Nov. 11, 2023  (compared to period prior)*

**Followers**

**6.2K** -0.2%

**Engagement**

**14K** 66%

**Impressions**

**134K** 18.8%

See section





# Instagram

*Posts and metrics from Aug. 27 – Nov. 11, 2023  (compared to period prior)*



## Twitter

Posts and metrics from Aug. 27 – Nov. 11, 2023 (compared to period prior)



# Larry is on Twitter!

*Larry Martin is actively engaging with members and thought-leaders on Twitter (@LarryJMartinED). Connect with him! A selection of his recent tweets are below.*





