

150 E GILMAN ST
SUITE 5000
MADISON, WI 53703-1482
608.257.5035 TEL
608.258.4258 FAX
FOLEY.COM

WRITER'S DIRECT LINE
608.258.4273
rhowell@foley.com

CLIENT/MATTER NUMBER
086280-0110

July 19, 2024

Via CM-ECF

Honorable Stephen C. Dries
U.S. District Court
Eastern District of Wisconsin
United States Federal Building and Courthouse
517 East Wisconsin Avenue, Room 296
Milwaukee, WI 53202

      RE:    *Suhr v. Dietrich et al.*, Case No. 2:23-cv-01697-SCD;
              Defendants' Fed. R. Civ. P. 25(d) Notice of Automatic Substitution of Public Officer Parties

Dear Judge Dries:

      Defendants submit this letter under Federal Rule of Civil Procedure 25(d), informing the Court of a change in the parties who holds several of the public offices named by Plaintiff in the above-captioned case and respectfully requesting an order substituting this party with their successors. Rule 25(d) provides for the automatic substitution of the "successor" of a public-officer party when that public-officer party is sued in his or her official capacity and "ceased to hold office while [an] action is pending." Fed. R. Civ. P. 25(d). The Rule further provides that "[t]he court may order substitution at any time." *Id.*[1]

      Here, Plaintiff has sued numerous public-officer parties in their official capacities, all but one of whom have "ceased to hold office" while this action is pending (Larry Martin remains as the Executive Director of the State Bar). For the convenience of the Court and of Plaintiff, Defendants provide the below table listing the "successors" of the public offices that Plaintiff has sued (*i.e.*, the current holders of these offices):

| President of the State Bar | Ryan M. Billings |
|---|---|
| Secretary of the State Bar | Martina Rae Gast |

---

[1] Rule 25(d) provides in full as follows: "An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution." Fed. R. Civ. P. 25(d).

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NEW YORK | ORLANDO | SACRAMENTO | SALT LAKE CITY | SAN DIEGO
SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.



| Treasurer of the State Bar | Deanne M. Koll |
|---|---|
| Chairperson of the State Bar Board of Governors | Melodie Wiseman |
| Immediate Past-President of the State Bar | Dean R. Dietrich |
| President-Elect of the State Bar | Vacant |

    These individuals should be "automatically substituted as a party" in this action, and Defendants respectfully request that the Court enter such an order of substitution. Fed. R. Civ. P. 25(d).

Sincerely,

/s/ Roberta F. Howell

**Roberta F. Howell**