IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL SUHR,

Plaintiff,

v.     Case No. 2:23-cv-01697

RYAN M. BILLINGS, et al.

Defendants.

## JOINT STATUS UPDATE REGARDING SETTLEMENT

The Parties hereby provide an update regarding the status of their settlement negotiations.

In May and June 2025, with approval by this Court, the Parties mutually agreed to extend the litigation deadlines in this case to allow settlement discussions to proceed. Dkts. 69, 72. The Parties have now reached an agreement to fully resolve the dispute and are in process of completing the settlement terms. Once those terms have been fully performed, the Parties will submit a stipulation for dismissal of the case with prejudice. In the meantime, the Parties respectfully request that the Court suspend all remaining deadlines indefinitely.

Dated this 15th day of July, 2025.

[*signatures on the next page*]

<table>
<tr><td>

**WISCONSIN INSTITUTE FOR LAW & LIBERTY, INC.**

*/s/ Daniel P. Lennington*
Rick Esenberg (WI Bar No. 1005622)
Daniel P. Lennington (WI Bar No. 1088694)
Luke N. Berg (WI Bar No. 1095644)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Luke@will-law.org

*Attorneys for Plaintiff*

</td><td>

**FOLEY & LARDNER LLP**

*/s/ Andrew C. Gresik*
Matthew D. Lee, WI Bar No. 1061375
Dan Kaplan, WI Bar No. 1018122
Andrew C. Gresik, WI Bar No. 1104650
Emily G. Jones, WI Bar No. 1115601
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
608.258.4203 (MDL)
608.258.4231 (DK)
608.258.4235 (ACG)
608.259.4506 (EGJ)
608.258.4258 Facsimile
mdlee@foley.com
dkaplan@foley.com
agresik@foley.com
egjones@foley.com

*Attorneys for Defendants*

</td></tr>
</table>