IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL SUHR,

Plaintiff,

v.  Case No. 2:23-cv-01697

DEANNE M. KOLL, et al.

Defendants.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Daniel Suhr and Defendants Ryan M. Billings, Martina Rae Gast, Deanne M. Koll, and Larry Martin, ("Defendants"), by their respective undersigned counsel, that all remaining claims and counterclaims between Plaintiff and Defendants in the above-captioned action shall be dismissed with prejudice subject to the terms of the Agreement between the Parties.

Dated this 30th day of July, 2025.

*Signature Page Follows.*

<table>
<tr><td>

**WISCONSIN INSTITUTE FOR LAW & LIBERTY, INC.**

*/s/ Daniel P. Lennington*
Rick Esenberg (WI Bar No. 1005622)
Daniel P. Lennington (WI Bar No. 1088694)
Luke N. Berg (WI Bar No. 1095644)
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
Telephone: (414) 727-9455
Facsimile: (414) 727-6385
Rick@will-law.org
Dan@will-law.org
Luke@will-law.org

*Attorneys for Plaintiff*

</td><td>

**FOLEY & LARDNER LLP**

*/s/ Andrew C. Gresik*
Matthew D. Lee, WI Bar No. 1061375
Dan Kaplan, WI Bar No. 1018122
Andrew C. Gresik, WI Bar No. 1104650
Emily G. Jones, WI Bar No. 1115601
150 East Gilman Street, Suite 5000
Madison, WI 53703-1482
608.258.4203 (MDL)
608.258.4231 (DK)
608.258.4235 (ACG)
608.259.4506 (EGJ)
608.258.4258 Facsimile
mdlee@foley.com
dkaplan@foley.com
agresik@foley.com
egjones@foley.com

*Attorneys for Defendants*

</td></tr>
</table>