IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL SUHR,

Plaintiff,

v.  Case No. 2:23-cv-01697

DEANNE M. KOLL, et al.

Defendants.

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Parties' Stipulation for Dismissal is hereby **GRANTED**.

All remaining claims between Plaintiff and Defendants in the above-captioned action are hereby **DISMISSED** with prejudice subject to the terms of the Agreement between the Parties. This Order closes the above-captioned action.

SO ORDERED:

BY THE COURT

Dated:_____  _____